UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:14-cr-123-CEH-MAP

ENESHIA CARLYLE

## MOTION TO REDUCE TERM OF IMPRISONMENT TO TIME SERVED

The United States of America, by the Director of the Federal Bureau of Prisons and through the undersigned Assistant United States Attorney, respectfully moves this Court, pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), to modify the term of imprisonment of Defendant Eneshia Carlyle to time served. In support hereof, the United States and the Director of the Federal Bureau of Prisons state as follows:

1. On November 26, 2014, Ms. Carlyle pleaded guilty to one count of wire fraud (18 U.S.C. §§ 1343 and 2) and one count of aggravated identity theft (18 U.S.C. §§ 1028A and 2).

2. On June 30, 2015, the court sentenced Ms. Carlyle to 138 months of imprisonment followed by 3 years of supervised release.

3. Ms. Carlyle has a projected good conduct time release date of February 6, 2025.

4. Ms. Carlyle, now age 36, has been diagnosed with metastatic stage IV lung cancer. Her only treatment options are palliative at this time. Ms. Carlyle's prognosis

is poor, and she is considered to have a terminal condition with a life expectancy of 12 months or less and an end-of-life trajectory.

5. Upon her release, Ms. Carlyle plans to live with her mother at her mother's home in Tampa, Florida. This plan has been approved by the United States Probation Office for the Middle District of Florida.

WHEREFORE, it is respectfully requested that the Court reduce the term of imprisonment to the time Ms. Carlyle has now served. Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), the Court, upon motion of the Director of the Federal Bureau of Prisons, may modify a term of imprisonment upon the finding that "extraordinary and compelling reasons" exist to warrant a reduction. Ms. Carlyle's terminal medical condition and limited life expectancy constitute "extraordinary and compelling reasons" warranting the requested reduction. Ms. Carlyle would not, however, be subject to complete release, as she would begin serving the three-year term of supervised release previously imposed by the Court.

Respectfully submitted,

KARIN HOPPMANN
Acting United States Attorney

By: /s/ Lisa M. Thelwell
Lisa M. Thelwell
Assistant United States Attorney
Florida Bar No. 0100809
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Lisa.Thelwell@usdoj.gov

U.S. v. ENESHIA CARLYLE          Case No. 8:14-cr-123-CEH-MAP

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2021, a true and correct copy of the foregoing document and the notice of electronic filing were sent by United States Mail to the following non-CM/ECF participant(s):

Eneshia Carlyle
Reg. No.: 61078-018
FMC Carswell
Federal Medical Center
P.O. Box 27137
Fort Worth, TX 76127

*/s/Lisa M. Thelwell*
Lisa M. Thelwell
Assistant United States Attorney
Florida Bar No. 0100809
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Lisa.Thelwell@usdoj.gov